CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Jaime Alvarez Higuera<br>DOB: 2004; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>24-02783MJ |

Complaint for violation of Title 18, United States Code, § 554(a)

On or about October 7, 2024, in the District of Arizona, **Jaime Alvarez Higuera** and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: two (2) Glock 45s, four (4) Glock 19s, and twelve (12) unloaded 9mm magazines, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On October 7, 2024, **Jaime Alvarez Higuera** attempted to exit the United States and enter the Republic of Mexico through the Mariposa Port of Entry in Nogales, Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped **Higuera** who was driving a 2012 Ford F250. **Higuera** was the sole occupant and registered owner of the vehicle. **Higuera** gave CBPOs a negative binding customs declaration, stating he had no firearms, ammunition, or currency over $10,000. **Higuera's** stuttering and nervous mannerisms were noted by the CBPOs when they asked him what he had done that day and he stated he had a job interview in Rio Rico and was returning to his home in Nogales, Sonora, Mexico. CBPOs saw that he had a cell phone in his hand with a Maps application opened to drive him home despite his statements that he crossed frequently. During an inspection of the vehicle in secondary, CBPOs discovered six (6) unloaded 9mm magazines underneath the carpet near the center console and radio area. CBPOs also found six (6) unloaded 9mm pistols, to include two (2) Glock 45s and four (4) Glock 19s that were located within the front and rear seats of the vehicle. The firearms each had unloaded magazines in them. The Glock 45s had the following serial numbers: CCEL469 and BRAD765. The Glock 19s had the following serial numbers: CCKA614, BYUN105, BSXL271 and CCSC062.

In a post-*Miranda* statement, **Higuera** stated that he had made arrangements with an individual to cross weapons into Mexico. He had crossed his vehicle from Mexico two days beforehand and left it on a street near the McDonald's in Nogales, Arizona. He returned to Mexico on foot and waited until he received instructions about when the firearms would be ready for crossing into Mexico. Earlier in the day he was told the firearms were ready for crossing. He then crossed into the United States and met an unknown female near where he had parked

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br><br>HEATHER L MCCORKEL    Digitally signed by HEATHER L MCCORKEL<br>Date: 2024.10.08 16:02:45 -07'00' |
|---|---|
| AUTHORIZED BY AUSA *R. Arellano*    RAQUEL ARELLANO    Digitally signed by RAQUEL ARELLANO Date: 2024.10.08 13:00:52 -07'00' | OFFICIAL TITLE<br>HSI Special Agent Heather McCorkel |

**Sworn by telephone   x**

| SIGNATURE OF MAGISTRATE JUDGE[1) | DATE<br>October 8, 2024 |
|---|---|

[1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

24-02783MJ

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

his vehicle, who gave him a bag with guns in it. He took the bag and hid the firearms and magazines in predetermined areas within the vehicle. **Higuera** said this was his first time attempting to cross firearms and was told he would be paid $150 per weapon. His instructions were to let the individual know when he crossed into Mexico. **Higuera** stated his motive for attempting to cross the firearms was to earn money as he was currently unemployed. **Higuera** admitted he did not possess a license to export firearms into Mexico.

The firearms and magazines found in **Higuera's** vehicle qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. **Higuera** did not possess an import/export license nor presented one to the CBPOs.

24-02783MJ

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**



**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**



**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

